**Michael Wayne LONG, Plaintiff–Appellant,**

v.

**UNITED STATES MARINE CORPS;
United States of America,
Defendants–Appellees.**

No. 00–2314.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 17, 2001.

Michael Wayne Long, pro se.

Before NIEMEYER, WILLIAMS, and KING, Circuit JJ.

PER CURIAM.

Michael Wayne Long appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Long v. United States Marine Corps,* No. CA–00–716–9–08 (D.S.C. July 26, 2000). Long's motions to transfer the case, to appoint counsel, and to hold brief in abeyance are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*